Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GSARWAR INC. dba GSARWAR MARKET, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-02032-MCE-JDP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIRD CAUSE OF ACTION** |

　　　　WHEREAS, on November 3, 2022, Plaintiff Darren Gilbert ("Plaintiff")filed a Complaint alleging three causes of action, namely (1) denial of full and equal enjoyment and use under the Americans with Disabilities Act, (2) violations of California's Unruh Civil Rights Act, and (3) violations of the California Health & Safety Code;

　　　　WHEREAS, no defendant has filed an answer or motion for summary judgment;

　　　　WHEREAS, no counterclaim has been filed;

　　　　WHEREAS, the Court has granted Plaintiff's motion for default judgment and has awarded him injunctive relief, statutory damages, attorney's fees, and costs on his First and Second Causes of Action (Dkt. 12), such that Plaintiff has been awarded all of the relief he was seeking through this action;

1   NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses with prejudice his Third Cause of Action for violation of California's Health & Safety Code.

Date: October 12, 2022                    MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Darren Gilbert